# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RANDY TOLLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 05-2191-KHV** |
| **AMERICAN DRUG STORES, INC.** ) | |
| **f/k/a OSCO DRUG, INC., and** ) | |
| **ALBERTSON'S, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

This matter is before the Court on <u>Defendants' Motion For Permission Of The Court To Communicate With Jurors</u> (Doc. #196) filed December 27, 2006. The Court finds that the motion should be sustained. Pursuant to D. Kan. Rule 47.1, Linda South, Deputy Clerk, will provide counsel the names and telephone numbers of those jurors who consent to be contacted.

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2007 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge